UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                            CASE NO: 8:15-cr-83-T-36JSS

**DEMETRIUS ANTWAN JOHNSON**

## ORDER

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc.62), entered June 25, 2018, to which there has been no objection and the 14 day objection period has expired, the Report and Recommendation on Violation of Supervised Release of the Defendant is now accepted.

Defendant's preliminary hearing and final hearing on the alleged violations of supervised release will be scheduled after it is determined if Defendant is competent to proceed.

**DONE and ORDERED** in Tampa, Florida this 16th day of July 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services